Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.      .
*Davidson & Fischer*, for plaintiffs.    *Shearman & Sterling*, for defendant.
No opinion. Motion denied. See 5 N. Y. Supp. 114.

---

THORN *et al.*, Respondents, *v.* METROPOLITAN EL. RY. CO. *et al.*, Appellants, (three cases.)

*(Supreme Court, General Term, First Department.* March 28, 1890.)

Appeals from special term, New York county.
Three actions by Thomas Thorn against the Metropolitan Elevated Railway Company and the Manhattan Railway Company.
Argued before VAN BRUNT, P. J., and BARTLETT and BARRETT, JJ.
*Davies & Rapallo*, (*E. S. Rapallo* and *Samuel Blythe Rogers*, of counsel,) for appellants. *Mitchell & Mitchell*, for respondents.

BARRETT, J. Upon the opinion prepared in the case of Edward Mitchell and another against these same defendants, (*ante*, 130,) and handed down herewith, the judgments in each of these three cases should be affirmed, with costs. All concur.

---

### BAHRUTH *v.* BAHRUTH.

*(Supreme Court, General Term, First Department.* March 28, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
*Langbein Bros. & Langbein*, for plaintiff. *Douglas A. Levien, Jr.*, for defendant.
No opinion. Motion granted, with $10 costs.

---

### CHESTER *v.* JUMEL *et al.*

*(Supreme Court, General Term, First Department.* March 28, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
*E. Winslow Paige*, for plaintiff. *Everett P. Wheeler*, for defendants.
No opinion. Motion denied, with $10 costs. See 4 N. Y. Supp. 955; 5 N. Y. Supp. 809, 819, 822, 823; 7 N. Y. Supp. 949.

---

### BENSON, Respondent, *v.* GERLACH, Appellant.

*(Supreme Court, General Term, First Department.* May 9, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
*Hamilton R. Squier*, for appellant. *C. G. Patterson*, for respondent.
Motion denied; $10 costs of motion to respondent to abide event of appeal.
See 4 N. Y. Supp. 273.